UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GANA SEVERINA, individually and on
behalf of all others similarly situated,

                Plaintiff,                                      **ORDER**
                                                            17 CV 382 (CLP)

            - against -

S.Y.M. INC., TKM KINGS HIGHWAY, LLC,
and YIANNIS MALLAS,

                Defendants.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

        On January 24, 2017, Gana Severina ("plaintiff") commenced this action against S.Y.M., Inc. ("S.Y.M."), TKM Kings Highway, LLC ("TKM Kings"), and Yiannis Mallas ("Mallas") (collectively, "defendants"), seeking damages based on a failure to pay proper overtime compensation, as well as liquidated damages, prejudgment interest, attorneys' fees, and costs, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and the New York Labor Law ("NYLL"), § 650 et seq. In addition, the Complaint alleges violations of the requirements to provide wage notices and accurate wage statements under the NYLL and New York Wage Theft Prevention Act.

        On April 13, 2017, the parties notified the Court that they had reached a settlement in principle to resolve all claims, and consented to proceed before the undersigned for all further proceedings. In light of the Second Circuit's decision in Cheeks v. Freeport Pancake House, courts are required to approve the fairness of settlements of claims brought under the FLSA. 796 F.3d 199, 206 (2d Cir. 2015); see also D.A. Schulte, Inc. v. Gangi, 328 U.S. 108, 113 (1947). Accordingly, on May 11, 2017, plaintiff's counsel filed a letter on behalf of the parties seeking the Court's approval of the settlement. (See 5/11/17 Pl.'s Ltr.[1]). The parties also submitted the proposed Settlement Agreement and Release (the "Settlement Agreement"). (See id., Ex. A). The

---

[1] Citations to "5/11/17 Pl.'s Ltr." refer to plaintiff's letter, filed on May 11, 2017.

Settlement Agreement provided for a general release of claims by plaintiff as to defendants. (Id., Ex. A ¶ 3).

On June 8, 2017, a fairness hearing was held before the undersigned. On June 14, 2017, the Court issued an Order finding that the settlement and the amount allocated to attorneys' fees, with the exception of the general release of claims, was fair and reasonable. (Order[2] at 6). However, the Court found that the "circumstances in this case are not so unique or extraordinary so as to justify a departure from the general rule in this circuit that one-way general releases of claims will not be approved." (Id.) Accordingly, the Court directed the parties to submit a revised settlement agreement providing, at minimum, a mutual release of claims, for settlement approval. (Id. at 6-7).

On June 27, 2017, plaintiff, on behalf of the parties, filed a letter enclosing a revised Settlement Agreement and Release (the "Revised Settlement Agreement") and requesting the Court's approval of the Revised Settlement Agreement. (6/27/17 Pl.'s Ltr.[3] at 1, Ex. A). The Revised Settlement Agreement provides a mutual release of claims. (See id., Ex. A ¶ 3).

Accordingly, the Court finds that the Revised Settlement Agreement is fair and reasonable and approves the settlement. The parties are directed to file a stipulation of dismissal by July 28, 2017.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**
Dated: Brooklyn, New York
       June 28, 2017

/s/ Cheryl L. Pollak

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

---

[2]Citations to "Order" refer to the Court's Order, filed on June 14, 2017.

[3]Citations to "6/27/17 Pl.'s Ltr." refer to plaintiff's letter, filed on June 27, 2017.